JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELAINE COLEMAN AND MICHELLE DEMONT,** ) | Case No. 2:10-cv-09473-RGK (JEMx) |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| **NORTHLAND GROUP, INC.,** ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this 28th day of November, 2011.

_____
The Honorable R. Gary Klausner

Order to Dismiss - 1